## SECOND DEPARTMENT, FEBRUARY, 1921.

EDITH M. BAYLIES, Respondent, v. GUSTAVUS BAYLIES, Appellant.— Motion granted, without costs, on condition that appellant perfect the appeal, place the case on the calendar for the February term and be ready for argument when reached; otherwise, motion denied. Present — Rich, Putnam, Blackmar and Jaycox, JJ.; Jenks, P. J., taking no part in the decision.

THOMAS KENNEDY, Respondent, v. THOMAS F. GILLEN COMPANY, INC., Appellant.— Motion granted, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

SARAH LEVY, as Administratrix, etc., of MORRIS F. LEVY, Deceased, Appellant, v. W. KINTZLING POST, Respondent.— Motion granted, with ten dollars costs, on the ground that appellant has not complied with rule 12 of this court, showing by facts that the appeal is a meritorious one. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WINIFRED V. LYNCH, Respondent, v. ALEXANDER H. FIGGE, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

DONALD McKELLAR, Respondent, v. AMERICAN SYNTHETIC DYES, INC., Appellant.— Order signed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMA WARNKE, Relator, v. ELIZABETH WARNKE, Respondent.— Motion granted on condition that appellant perfect the appeal, place the case on the calendar for the February term and be ready for argument when reached; otherwise, motion denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THOMAS J. SMITH, Appellant, v. CHARLES J. ODELL and Others, as Trustees, etc., and Others, Respondents.— Motion granted in so far as to direct that the order shall grant costs of the appeal and in the trial court to the plaintiff. The motion for an extra allowance is denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent.— Motion for stay granted on condition that appellant perfect the appeal and be ready for argument on Friday, February 11, 1921. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE VALLEY FARMS COMPANY OF YONKERS, Respondent, v. CITY OF YONKERS, Defendant, Impleaded with COUNTY OF WESTCHESTER, Appellant. — Motion granted, without costs, and order signed. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

FRANCIS E. KRUEGER and GEORGE E. WEIDNER, Copartners, etc., Respondents, v. THOMAS DENNY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.